UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-80535-AMC

HOWARD COHAN,

    Plaintiff,

vs.

REXBOCA LLC,
a Foreign Limited Liability Company,
d/b/a REX BARON

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, REXBOCA LLC, a Foreign Limited Liability Company, d/b/a REX BARON, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED July 19, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Jennifer Murillo-Hurtado** |
| Gregory S. Sconzo, Esq. | Bryan J. Mazzola, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 1021407 |
| Sconzo Law Office, P.A. | bmazzola@boydlawgroup.com |
| 3825 PGA Boulevard, Suite 207 | Jennifer Murillo-Hurtado, Esq |
| Palm Beach Gardens, FL 33410 | Florida Bar No.: 90740 |
| Telephone: (561) 729-0940 | Jmurillo-hurtado@boydlawgroup.com |
| Facsimile: (561) 491-9459 | For Service of Pleadings: |
| Email: greg@sconzolawoffice.com | ServiceMia@boydlawgroup.com |
| Email: alexa@sconzolawoffice.com | BOYD RICHARDES PARKER & |
| Attorney for Plaintiff | COLONNELLI, P.L. |
| | 100 S.E. 2nd Street, Suite 2600 |
| | Miami, FL 33131 |
| | Tel: (786) 425-1045 |
| | Fax: (786) 425-3905 |
| | Attorneys for Defendant |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                            **/s/ Gregory S. Sconzo**
                                                            **Gregory S. Sconzo, Esq.**