UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80535-CIV-CANNON

**HOWARD COHAN,**

    Plaintiff,

v.

**REXBOCA LLC,**

    Defendant.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 21], filed on July 28, 2021. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). A such, this case is **DISMISSED WITH PREJUDICE**, effective July 28, 2021, the date the parties filed their [ECF No. 21] Joint Stipulation of Dismissal with Prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    The Clerk of Court is directed to **CLOSE** this case.

    **DONE AND ORDERED** in Fort Pierce, Florida, this 29th day of July 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record